IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| DONNA BROWN, | ) |
| | ) |
|    Plaintiff | ) |
| | ) |
| v. | )   CASE NO.  3:05-CV-53 (CDL) |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
|    Defendant | ) |

O R D E R

      Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. Sec. 405(g), and in light of the Agency's request, and hearing no objection from Plaintiff, to remand this action, this case is hereby remanded.  On remand, an Administrative Law Judge (ALJ) will review and discuss the opinion of Dr.  Paul E.  Raber that Plaintiff is unable to work (Tr.  18, 201, 317-319).  If warranted, the Administrative Law Judge will obtain updated treatment records, an orthopedic consultative examination and supplemental vocational expert evidence.  The ALJ will provide the claimant with an opportunity for a supplemental hearing, further develop the record and issue a new decision.

      Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. Sec. 405(g) with a remand of the cause to the Commissioner for further proceedings.  See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).  The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

It is so ordered this 5th day of July, 2006.

                                                           ***/s/ Richard L. Hodge***
                                                           RICHARD L. HODGE
                                                           UNITED STATES MAGISTRATE JUDGE